# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | Case No. 2:21-cv-00072-JRG-RSP LEAD CASE |
| T-MOBILE USA, INC. and T-MOBILE US, INC., | § § § | |
| *Defendants.* | § § | |

## ORDER

In accordance with the August 12, 2021 telephone conference, held to resolve any disputes about the scope and timing of any venue discovery, Plaintiff is directed to further confer with Defendant concerning the scope of remaining venue discovery.  By not later than August 13, 2021, Plaintiff is to provide to Defendant and file with the Court a written notice of the narrowest set of discovery necessary to address venue. By August 16, Defendant is to file any opposition it has to the scope of that discovery, including any information necessary for the Court to assess the burden imposed by the requests.  Any reply by Plaintiff should be filed by August 18, 2021.  The Court will rule promptly on any issues presented.

**SIGNED this 12th day of August, 2021.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE