# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § § § *Plaintiff*, § § v. § § T-MOBILE USA, INC. and T-MOBILE § US, INC., § § *Defendants*. § | Case No. 2:21-cv-00072-JRG-RSP LEAD CASE |

## ORDER

Before the Court is Defendant Lyft, Inc.'s Motion to Dismiss for Improper Venue. Dkt. No. 30. The Court finds that Lyft's Motion includes factual issues that must be determined, including but not limited to the operations at 928 West Spring Creek Parkway, Plano, Texas, at the time of filing suit. Therefore, the Court hereby **ORDERS** that there shall be an evidentiary hearing regarding Lyft's Motion on **September 29, 2021 at 1:00 p.m.**. Lyft and Plaintiff are further **ORDERED** to serve upon each other a list of hearing witnesses and exhibits by September 15, 2021. Only counsel for Plaintiff and Lyft need attend the hearing.

SIGNED this 18th day of August, 2021.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE