# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC | § | |
| | § | |
| v. | § | Case No. 2:21-CV-0072-JRG-RSP |
| | § | |
| T-MOBILE USA, INC., ET AL. | § | |

## Motion Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### September 29, 2021

**OPEN:** 1:32 pm                                                               **ADJOURN:** 4:02 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Vincent Rubino |
| | Jennifer Truelove |
| ATTORNEY FOR DEFENDANTS: | Jeremy Taylor |
| | Bethany Salpietra |
| | Deron Dacus |
| LAW CLERK: | Nathan Fuller |
| | Steven Laxton |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Jennifer Truelove announced ready and introduced co-counsel. Deron Dacus announced ready and introduced co-counsel.

Jeremy Taylor argued Defendant, Lyft, Inc.'s Motion to Dismiss for Improper Venue (Dkt. #30). Vincent Rubino responded. Mr. Rubino tendered Plaintiff's Exhibits 1, 2 and 3 which will be docketed by counsel.

Jeremy Taylor called Max Loosen. The witness was sworn. Mr. Taylor began direct examination. Cross-examination by Mr. Rubino. Re-direct by Mr. Taylor. Re-cross by Mr. Rubino. Witness excused.

The Court heard additional argument from the parties.