IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. and T-MOBILE US, INC.,<br><br>Defendant. | Case No. 2:21-cv-00072-JRG<br>(LEAD CASE) |
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No. 2:21-cv-00024-JRG<br>(MEMBER CASE) |

**ORDER GRANTING JOINT MOTION TO STAY**

Before the Court is the Joint Motion to Stay the Case with Respect to Defendant Lyft Until a Ruling on the Report and Recommendation (Dkt. 212) on Defendant Lyft, Inc.'s Motion to Dismiss (Dkt. 30) and for an Extension of Time for Plaintiff AGIS Software Development LLC's ("AGIS") to file its objections and motion for reconsideration from November 24, 2021 to on or before December 8, 2021.

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**.

It is, therefore, **ORDERED** that all deadlines with respect to Lyft are stayed and AGIS may file its objections and motion for reconsideration regarding the Report and Recommendation (Dkt. 212) on Lyft's Motion to Dismiss (Dkt. 30) on or before **December 8, 2021.** Defendant's Opposed Motion to Stay (**Dkt. No. 217**) is **DENIED AS MOOT**.

**SIGNED this 28th day of November, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE