IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, <br><br> *Plaintiff,* <br> v. <br><br> T-MOBILE USA, INC. AND T-MOBILE US INC., | § <br> § <br> § Case No. 2:21-cv-00072-JRG-RSP <br> § (LEAD CASE) <br> § <br> § <br> § <br> § |
| LYFT, INC. <br><br> *Defendants.* | § Case No. 2:21-cv-00024-JRG-RSP <br> § (MEMBER CASE) <br> § |

## ORDER

Defendant Lyft, Inc. previously filed a Motion to Dismiss for Improper Venue (Dkt. No. 30.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 212), recommending granting Lyft's Motion to Dismiss. Plaintiff AGIS Software Development LLC has now filed a Motion for Reconsideration and Objections (Dkt. No. 258.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss for Improper Venue, the Report and Recommendation, and AGIS's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** AGIS's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss for Improper Venue (Dkt. No. 30) is **GRANTED**.

The Clerk of the Court is directed to **CLOSE** Case No. 2:21-cv-00024.

**So ORDERED and SIGNED this 19th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE